DAVID L. NEALE (SBN 141225)
JULIET Y. OH (SBN 211414)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: dln@lnbyb.com, jyo@lnbyb.com, lls@lnbyb.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EVERGREEN ENVIRONMENTAL HOLDINGS, INC.,<br><br>    Debtor and Debtor in Possession. | **Case No. 8:13-bk-13168-SC**<br><br>**Chapter 11**<br><br>**NOTICE OF WITHDRAWAL OF NOTICE OF APPLICATION AND APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS BANKRUPTCY COUNSEL; NOTICE OF APPLICATION AND APPLICATION TO EMPLOY JEFFER, MANGELS BUTLER & MITCHELL L.L.P. AS SPECIAL CORPORATE COUNSEL EFFECTIVE AS OF APRIL 9, 2013; NOTICE OF APPLICATION AND APPLICATION TO EMPLOY CAPPELLO CAPITAL CORP. AS EXCLUSIVE INVESTMENT BANKER PURSUANT TO 11 U.S.C. §§ 327 AND 328; AND NOTICE OF MOTION AND MOTION FOR ORDER ESTABLISHING SALE PROCEDURES FOR SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS**<br><br>**[Related to Docket Nos. 3-8 & 11]** |

1  Evergreen Environmental Holdings, Inc., the debtor and debtor in possession in the above-captioned Chapter 11 case ("the <u>Debtor</u>"), hereby files this Notice of Withdrawal of the following pleadings as being duplicative in light of the Court's entry of an order jointly administering the Evergreen Environmental Holdings, Inc. case with the main case of Evergreen Oil, Inc.:

- *Application Of Debtors And Debtors In Possession To Employ Levene, Neale, Bender, Yoo & Brill L.L.P. As Bankruptcy Counsel* [Docket No. 3]

- *Notice Of Application Of Debtors And Debtors In Possession To Employ Levene, Neale, Bender, Yoo & Brill L.L.P. As Bankruptcy Counsel* [Docket No. 4]

- *Debtors' Application To Employ Jeffer, Mangels Butler & Mitchell L.L.P. As Special Corporate Counsel Effective As Of April 9, 2013* [Docket No. 5]

- *Notice Of Debtors' Application To Employ Jeffer, Mangels Butler & Mitchell L.L.P. As Special Corporate Counsel Effective As Of April 9, 2013* [Docket No. 6]

- *Application Of Debtors And Debtors In Possession To Employ Cappello Capital Corp. As Exclusive Investment Banker Pursuant To 11 U.S.C. §§ 327 And 328* [Docket No. 7]

- *Notice Of Application Of Debtors And Debtors In Possession To Employ Cappello Capital Corp. As Exclusive Investment Banker Pursuant To 11 U.S.C. §§ 327 And 328* [Docket No. 8]

- *Notice Of Motion And Motion For Order Establishing Sale Procedures For Sale Of Substantially All Of Debtors' Assets* [Docket No. 11]

Dated:  April 10, 2013

EVERGREEN ENVIRONMENTAL
HOLDINGS, INC.


By:  */s/ Juliet Y. Oh*
    DAVID L. NEALE
    JULIET Y. OH
    LINDSEY L. SMITH
    LEVENE, NEALE, BENDER,
        YOO & BRILL L.L.P.
    Proposed Attorneys for Debtor and
    Debtor in Possession

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF WITHDRAWAL OF NOTICE OF APPLICATION AND APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS BANKRUPTCY COUNSEL; NOTICE OF APPLICATION AND APPLICATION TO EMPLOY JEFFER, MANGELS BUTLER & MITCHELL L.L.P. AS SPECIAL CORPORATE COUNSEL EFFECTIVE AS OF APRIL 9, 2013; NOTICE OF APPLICATION AND APPLICATION TO EMPLOY CAPPELLO CAPITAL CORP. AS EXCLUSIVE INVESTMENT BANKER PURSUANT TO 11 U.S.C. §§ 327 AND 328; AND NOTICE OF MOTION AND MOTION FOR ORDER ESTABLISHING SALE PROCEDURES FOR SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 10, 2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David L. Neale    dln@lnbrb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Lindsey L Smith    lls@lnbyb.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **April 10, 2013**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 10, 2013**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served via Attorney Service***
Honorable Scott Clarkson
U.S. Bankruptcy Court
411 West Fourth Street, Room 5113
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 10, 2013 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      **F 9013-3.1.PROOF.SERVICE**